**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**ORLANDO LAMARCUS SISSON**                           **PLAINTIFF**

v.                                     No. 3:25-cv-196-MPM-RP

**DESOTO COUNTY CIRCUIT COURT**, *et al*.                       **DEFENDANTS**

**ORDER**

On July 8, 2025, United States Magistrate Judge Roy Percy issued a Report and Recommendation [6] recommending that this case be dismissed without prejudice since Orlando La Marcus Sisson, a non-attorney, is attempting to act as legal counsel for a trust. No objections to the Report and Recommendation were filed.

When no objections to a report and recommendation are filed, the "Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F.Supp.2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Serv. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the Report and Recommendation and finds no plain error.

ACCORDINGLY, the Report and Recommendation [6] is hereby **ADOPTED**, and this case is **DISMISSED** without prejudice.

**SO ORDERED** this the 24th day of July, 2025.

                                                     /s/Michael P. Mills
                                                     UNITED STATES DISTRICT JUDGE
                                                     NORTHERN DISTRICT OF MISSISSIPPI