**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**ORLANDO LAMARCUS SISSON**                                    **PLAINTIFF**

v.                                                                               No. 3:25-cv-00196-MPM-RP

**DESOTO COUNTY CIRCUIT
COURT,** *et al.*                                                              **DEFENDANTS**

## ORDER

On July 8, 2025, United States Magistrate Judge Roy Percy issued a Report and Recommendation [6] recommending that this case be dismissed without prejudice since Orlando La Marcus Sisson ("Mr. Sisson"), a non-attorney, is attempting to act as legal counsel for a trust. No objections to the Report and Recommendation were filed before the 14-day deadline to file. On July 24, this Court adopted the Report and Recommendation [7] and dismissed the case without prejudice. On July 31, Mr. Sisson filed a Motion for Leave to File Out of Time [9] to raise his objection to the Magistrate Judge's Report and Recommendation that is now before the Court.

Mr. Sisson's motion alleges that his filing would have merely been one (1) day late and would not have prejudiced any party. Regardless of whether Court would grant the filing, the underlying objection to the Magistrate Judge's Report and Recommendation dated July 8, 2025, is without merit. Mr. Sisson's objections merely restate the same arguments he raised in his complaint, and no part of the objection adequately refutes the Magistrate Judge's determination that Mr. Sisson, as a non-attorney, is not allowed to represent a trust in federal court. *United States v. Trowbridge*, 251 F.3d 157, *1 (5th Cir. 2001) ("a non-attorney is not entitled to represent a trust in federal court"). As a result, Mr. Sisson's objection to the Report and Recommendation is overruled, and his motion to file out of time is dismissed as moot due to his inability to represent

1

as legal counsel a trust in federal court. The Report and Recommendation issued by Magistrate Judge Roy Percy will remain adopted by the Court.

**ACCORDINGLY**, Mr. Sisson's Motion for Leave to File [9] is hereby **DENIED**, and this case remains **DISMISSED** without prejudice.

**SO ORDERED** this the 27th day of August, 2025.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI